UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO TREVIZO, | ) | Case No. ED CV 08-406-JFW (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| KNOWLES, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     10/2/08                              .

/s/
_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd